```
                                              FILED
                                              June 22, 2011
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                      )<br>                    Plaintiff,         )<br>v.                                                   )<br>                                                      )<br>DAVID JOPSON,                            )<br>                    Defendant.       )<br>_____) | Case No. MAG. 11-0176-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID JOPSON, Case No. MAG. 11-0176-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ____  Release on Personal Recognizance

    _X_  Bail Posted in the Sum of: $100,000.00.

        _X_  Unsecured Appearance Bond (Interim)

        _X_  Secured Appearance Bond

        _X_  (Other) Conditions as stated on the record.

        _X_  (Other) Secured bond paperwork to be filed by 07/06/2011.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/22/2011  at 3:25 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge