JOHN R. MANNING
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994
jmanninglaw@yahoo.com

Attorneys for Defendant
DAVID E. JOPSON

IN THE UNITED STATES MAGISTRATE COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, | ) | 2:11 CR 275 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER MODIFYING CONDITIONS OF |
| | ) | RELEASE |
| DAVID E. JOPSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    David E. Jopson, by and through his attorney, John R. Manning, Esq., and the United States of America, by and through its counsel, Assistant United States Attorney Samuel Wong, and Pretrial Services Officer Beth Baker, hereby jointly agree and stipulate to amend defendant's conditions of release as follows:

    Condition # 10 - "you (defendant, David E. Jopson) shall submit to drug or alcohol testing as approved by the pretrial services officer" is hereby stricken.  All other conditions remain in effect as previously ordered.

    Accordingly, all parties and Mr. David E. Jopson agree with the above modifications.

1

```
                                        Respectfully submitted,


Dated: April 23, 2013                   /s/ John R. Manning
                                        John R. Manning
                                        Attorney for Defendant
                                        David E. Jopson


Dated: May 9, 2013                      Benjamin B. Wagner
                                        United States Attorney

                                   by:  /s/ Samuel Wong
                                        Samuel Wong
                                        Assistant U.S. Attorney
```

IT IS SO ORDERED.

Dated:  May 9, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE