John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
DAVID E. JOPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11 CR 275 JAM |
| Plaintiff, | DEFENDANT'S MOTION TO MODIFY TURN IN DATE AND ORDER |
| vs. | |
| DAVED E. JOPSON | |
| Defendant. | |

   Counsel for defendant David E. Jopson, John R. Manning, Esq., hereby respectfully asks the court to modify and extend Mr. David Jopson's self surrender date from September 24, 2015, to November 12, 2015.

   Mr. David Jopson is a highly valued and necessary employee who works on/at his neighbor's walnut orchard (Norene Ranches). The harvest is generally between the beginning of September through the beginning of November.  The harvest represents a

significant financial benefit for both Norene Ranches and David Jopson (see attached). Because Mr. Jopson will be going into custody for several months, the opportunity to work through the harvest is critical to his family's financial survival. As such, Mr. David Jopson requests his self surrender turn in date be modified as requested herein.

Counsel for Mr. Jopson apologizes to the court. Had I been thinking more clearly at the time of Mr. Jopson's sentencing, I would have asked then for the turn in date sought herein.

Counsel for the government, Todd A. Pickles, has been notified of this request and has no objection.

Dated: August 18, 2015        /s/ John R. Manning
                              John R. Manning
                              Attorney for
                              DAVID E. JOPSON

**ORDER**

IT IS FOUND AND ORDERED this 20th day of August, 2015.

_/s/ signature_
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE