JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
David E. Jopson

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) No. 2:11 CR 275 JAM
                           )
    Plaintiff,             ) APPLICATION AND ORDER
                           ) EXONERATING BOND
v.                         )
                           )
DAVID E. JOPSON,           )
                           )
    Defendant.             )
                           )

On July 28, 2015, defendant David E. Jopson was sentenced and the case is now closed. Defendant previously posted a $100,000.00 appearance bond secured by a deed of trust. Accordingly, the surety for the defendant's bail bond is entitled to the release of the home's title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

DATED:  October 21, 2015          /s/ John R. Manning
                                  Attorney for Defendant
                                  David E. Jopson

IT IS SO ORDERED.

Dated:  October 21, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1